**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DOUGLAS STALLEY as Guardian of the**
**Property of Benjamin Edward Hintz,**

**Plaintiff,**

-vs-                                             Case No.  6:11-cv-1870-Orl-19DAB

**EMILY LYNN BOOZER, OTTO SAMUEL**
**BOOZER, and ALLSTATE INSURANCE**
**COMPANY,**

**Defendants.**
_____/

# ORDER

This case is before the Court on Plaintiff's Motion for Payment of Costs and Actual Expenses Incurred as a Result of Allstate Insurance Company's Removal (Doc. No. 52) filed June 11, 2012. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiff's Objection to the Report and Recommendation (Doc. No. 55) and Defendant Allstate Insurance Company's Response thereto (Doc. No. 56), Plaintiff's Objection is **OVERRULED**. The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed July 2, 2012 (Doc. No. 54) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Payment of Costs and Actual Expenses Incurred as a Result of Allstate Insurance Company's Removal (Doc. No. 52) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 9th day of August, 2012.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record